**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13−cv−03377−RM−BNB

ARTHUR BELL, JR.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipal corporation,
DENVER CAREER SERVICE BOARD,
DERRICK FULLER, in his official capacity as Board Member,
PATTI KLINGE, in her official capacity as Board Member,
MICHELLE LUCERO, in her official capacity as Board Member,
BOB NOGUEIRA, in his official capacity as Board Member, and
COLLEEN M. REA, in her official capacity as Board Member,

    Defendants.

_____

**ORDER GRANTING JOINT MOTION FOR REMAND (ECF NO. 33)**
_____

THIS MATTER is before the Court on the parties' Joint Motion for Remand (ECF No. 33), requesting this Court to remand this action to the District Court for the City and County of Denver, Colorado from which it was originally removed.  This action was originally removed based on federal question jurisdiction under 28 U.S.C. § 1331 (on Plaintiff's claim for violations of 42 U.S.C. § 1983), and supplemental jurisdiction under 28 U.S.C. § 1367 (on his remaining state law claims).  The parties have stipulated to the dismissal of Plaintiff's claim under 42 U.S.C. § 1983 (ECF No. 32) leaving only state law claims before this Court.  Upon consideration of the parties' Joint Motion and the applicable statutes and case law, and being otherwise fully advised, it is

ORDERED that the Joint Motion for Remand (ECF No. 33) is GRANTED; and

FURTHER ORDERED that this action is remanded to the District Court for the City and County of Denver, Colorado, where it was originally filed as Case No. 2013CV34768.

DATED this 11th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge